SD03 (Rev. 9/97)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

2019 NOV 26  PM 2: 29

Helen Allen Amos .

(Enter above the full name of the plaintiff in this
action)

v.                                    :

FORD MOTOR Company

UAW Local 863  :

_____

(Enter the above full name of the defendant or    :
defendants in this action)

Case No. ___1:19CV1012___

J. BLACK

M.J. BOWMAN

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

## I.    Parties

(In item A below, place your name in the first blank and place your present address and telephone
number (or telephone number where you can be reached) where indicated in the following blanks.)

A.    Name of Plaintiff  Helen    Allen    Amos

Address  28  Township  Rd  1370
Proctorville , Ohio 45669

Telephone No.  513 -571-3634

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the
charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or
the Equal Employment Opportunity Commission.  ATTACH A COPY OF THE CHARGE YOU
FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list
the name and address of the employer against whom you filed the charge. In item C below, list the
name and address of any other person(s) you named in the charge you filed with the Ohio Civil
Rights Commission and/or the Equal Employment Opportunities Commission.

B.    Defendant  Ford    Motor    Company
          (As named in the attached charge)
Address  3000    E. Sharon  Rd
          Sharonville , Oh  45241

C.    Additional defendants (as named in the attached charge):

*UAW Local 863*

*10708 Reading Road*

*Cincinnati, Ohio 45241*

## II.   The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A.    The date the notice of right to sue was issued by the Equal Employment Opportunity commission was ___*August 29, 2019*___ .

B.    The date you received the notice of right to sue was ___*September 6, 2019*___

C.    ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III.   Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

        (a)    it shall be an unlawful employment practice for an employer --

                (1)    to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

## IV.  Relief

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

_____

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

11/26/19
_____
(Date)

_____
(Signature of Plaintiff)

-3-

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | [ ] FEPA<br>[X] EEOC | 473-2018-01847 |
|  |  | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Helen D. Allen-Amos | (513) 571-3634 | 1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 28 Township Rd 1370, Proctorville, OH 45669 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FORD MOTOR COMPANY | 500 or More | (513) 782-7800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3000 Sharon Road, Sharonville, OH 45241 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es)):

[X] RACE  [ ] COLOR  [X] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 07-23-2018

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a female, African-American, Muslim, and have a disability. I filed a previous EEOC Charge (846-2013-24644) against the Respondent. Since transferring to my current location in Sharonville, OH, I have complained to no avail about being denied a religious accommodation. I have also filed complaints about being harassed by a Caucasian supervisor, and males using profanity. On or about July 23, 2018, I was suspended for taking time off work due to my disability. I believe I am being retaliated against for filing a previous EEOC charge in an effort to terminate my employment or force me to resign.

II. Management is responsible for the above action.

III. I believe I have been discriminated and retaliated against because of my race, sex, and religion, in violation of Title VII of the Civil Rights Act of 1964, as amended, and in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date      Charging Party Signature | |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Helen D. Allen-Amos**<br>**28 Township Rd 1370**<br>**Proctorville, OH 45669** | From: **Cincinnati Area Office**<br>**John W. Peck Fed. Bldg**<br>**550 Main St  Room 10-019**<br>**Cincinnati, OH 45202** |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No |
| **473-2018-01847** | **William D. Coleman,**<br>**Investigator** | | **(513) 914-6013** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form )

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____       **AUG 29 2019**

Enclosures(s)          **Melanie L. Breen,**<br>**Area Office Director**      (Date Mailed)

cc:    **Suzie Furton**<br>**Equal Employment Planning**<br>**FORD MOTOR COMPANY**<br>**One American Road, 123-A6 WHQ**<br>**Dearborn, MI 48126**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 473-2019-00019 |

| Ohio Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Helen D. Allen-Amos | (513) 571-3634 | 1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 28 Township Rd. 1370, Proctorville, OH 45669 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UAW LOCAL 863 | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 10708 Reading Road, Cincinnati, OH 45241 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EEOC CINCINNATI AREA OFFICE | | |

OCT 12 2018

| Street Address | City, State and ZIP Code |
|---|---|
| RECEIVED | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| ☒ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☐ NATIONAL ORIGIN | 07-23-2018 |
| ☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.  I am a female, African-American, Muslim, and have a disability. I have complained to no avail about being denied a religious accommodation. I have also filed complaints about being harassed by a Caucasian supervisor, and males using profanity. On or about July 23, 2018, the union failed to represent me and file any grievances.

II.  Management is responsible for the above action.

III.  I believe I have been denied union representation for complaining about my race, sex, and religion, in violation of Title VII of the Civil Rights Act of 1964, as amended, and in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 10/6/18 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Helen D. Allen-Amos**
**28 Township Rd 1370**
**Proctorville, OH 45669**

From: **Cincinnati Area Office**
**John W. Peck Fed. Bldg**
**550 Main St  Room 10-019**
**Cincinnati, OH 45202**

|  |  |  |
|---|---|---|
| [ ] | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **473-2019-00019** | **William D. Coleman,** Investigator | **(513) 914-6013** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Melanie L. Breen,**
**Area Office Director**

AUG 2 9 2019

(Date Mailed)

Enclosures(s)

cc   **Cynthia Harris**
**International Rep**
**International Union, UAW**
**8000 E. Jefferson ave.**
**Detroit, MI 48214**

November 2, 2019

I am a 55 year old, African American, Female Muslim, Service Connected Disabled Veteran.

I have been employed with FMC since August 21, 2000. As an hourly Skilled Trades International United Auto Workers employee.  Transferred back to Sharonville Transmission Plant August 8, 2016.

I am the whistleblower in the Van V, Ford Motor Co 1:14 cv 8708 case currently in litigation in Illinois. Unwarranted disciplines placed upon me at Sharonville Transmission Plant are the results of Chicago Assembly Plant and Chicago Stamping Plants Title 7 violations being exposed.

When I noticed Title 7 Violations at Sharonville Transmission Plant.  I immediately contacted Corporate for an intervention.  I expressed concerns that the same issues that I experienced in Chicago is also happening at Sharonville Transmission Plant. Days later I was informed that my work related, restrictions could not be honored.  I was not allowed to work for 20 months.

I reported Race, Religion, Sex, Age Harassment and Discrimination many times between August 8, 2016 and July 30, 2018.

I was denied benefits from Ford Motor Company that Ford Motor Company and International United Auto Workers negotiated for in the Collective Bargaining Agreement for UAW represented members.

I was disciplined for getting treatment for my Service Connected Disability PTSD.

Ford Motor Company and United Auto Workers officials disclosed my confidential information, statements and complaints to my predators, harassers and co-workers.  Which made me an active Bullseye for many reasons.

Disability

I was placed on No Work Available August 28, 2016 for work injury limitations. I was forced to apply for SSDI January 2018 for my work injury limitation.  I was denied April 22, 2018 and returned to April 26, 2018.  I was placed on a job that was also available August 2016.

I went on work related stress leave July 23, 2018.  I was forced to apply for SSDI January 2019 for work related stress, approved May 2019.

Breach of Confidentiality

Statements and complaints made by me expecting confidentiality, were shared with Salary employee's and UAW officials, some of whom I had previously complained about. Shared information created false narratives about me that put my safety at risk. Subliminal threats were active.  Ford Motor Company's policy, to share statements made by hourly employee's, with Salary Personal whom you have complained about, is careless and intimidating.

Conflict of Interest

There is no Conflict of Interest Clause or Common Sense used to protect me, when the person/persons I complained about are directly included in the process of the investigation.

Religion

I requested a safe area to observe my daily prayers from Nicolas Johnson and Ali Bazirr, Ford Motor Company, Labor Relations Representatives.  My request was shared with my Christian Caucasian co workers.  They became angry and hostile at my request for a safe space to pray.   Ford Motor Company, Labor Relations Representative Nicolas Johnson, ignited my Christian co workers hostility towards me for being Muslim, by attaching a false statement to me.  My safety became a major concern.  Unbeknownst to me, an African American female Muslim was accosted in the women's locker room months before I inquired about a safe place to pray.  She was assaulted verbally, degraded and belittled by a female FMC trades P/F.

Constructive Termination

A hostile work environment created by Ford Motor Company and allowed to exist by International United Auto Workers and UAW Local 863.

I was reinstated to active employment April 26,2018.

All benefits should have been reinstated according to the Collective Bargaining Agreement negotiated by Ford Motor Company and International United Auto Workers.

My seniority allows for all benefits reinstated upon being reinstated to active employment following a medical leave of absence.

According to the Collective Bargaining Agreement, negotiated by Ford Motor Company and International United Auto Workers, employee's are not to be penalized for any treatment related to Service Connected Disabilities.

According to the Collective Bargaining Agreement, negotiated by Ford Motor Company and International United Auto Workers, my seniority entitled me to 160 hours of Vacation/Personal time upon being reinstated.  I requested my hours many times from April 2018 to November 2019.

Hours being denied, attributed to me being disciplined for getting treatment for my Service Connected Disability.  I was charged with AWOL's (Absent With Out Leave) for visits to treat my PTSD and eventually I was given days off.

Retaliation

Ford Motor Company and International United Auto Workers, jointly, collaboratively denied and deprived plaintiff her full rights to Full Retirement Benefits, ADA and FMLA.  Defendants deliberately targeted her and similarly situated hourly employee's by utilizing a "No Work Available" process in addition to other similar processes orchestrated by Ford Motor Company and Contracted Consulting firms that target, deny and deprive certain employee's benefits in retaliation for filing prior discrimination complaints.  Ford Motor Company refused to abide by the agreements in the Collective Bargaining Agreement, when handling my grievance.  International United Auto Workers negotiated Collective Bargaining Agreement has provisions to protect my civil rights and rights as an hourly union employee. The guidelines in the Collective Bargaining Agreement prevents me from being disciplined for absenteeism, related to my treatment for  service connected disability.  The Unions refusal to properly and adequately grieve my concerns makes United Auto Workers willing participants in the orchestrated process to terminate my employment.  This pattern of recent behavior by the International United Auto Workers assist Ford Motor Company to negate their Pension liabilities and goals to restructure its

workforce.  The retaliation has caused the International United Auto Workers to violate the Collective Bargaining Agreement and negate their duty to protect its members and allow older members to be harassed and placed on early SSDI instead of FMLA.  This pattern of behavior by International United Auto Workers assist Ford Motor Company to negate their Pension liabilities