IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| HELEN ALLEN-AMOS, | : | Case No. 1:19-cv-1012 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| FORD MOTOR COMPANY, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 26)**

The Court has reviewed the Report and Recommendation (Doc. 26) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Defendant UAW Local 863's Motion to Dismiss (Doc. 10) and all claims against UAW Local 863 are hereby **DISMISSED**. In addition, to the extent that Plaintiff's response and/or supplemental response are construed as a motion to amend to add a new § 301 claim against UAW Local 863 and/or to add the International UAW as an additional defendant, the construed motion to amend is also **DENIED**.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE